# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Anthony Peterson, being duly sworn, do hereby depose and state the following:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation assigned to the Anchorage, Alaska Division. I have been employed as a Special Agent since June 2010. In this assignment I have investigated a number of violations of United States Code, to include United States Code, Title 18 and Title 21. I have over ten years of law enforcement experience. I have received training on the investigation of crimes against children including the possession and trade of child pornography.

2. This affidavit is submitted in support of a criminal complaint charging Tye Leif Petersen, with Distribution, Receipt and Possession of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1), and 2252(a)(4) and (b)(2).

3. Any facts or circumstances cited in this affidavit are from my personal knowledge, other law enforcement officials, or from those specific sources as set forth. Not all facts known to me are contained within this affidavit. Only those facts I believe relevant to the Court's probable cause determination are included.

OCT 2 9 2013

1

4. On 07/29/2013, FBI SA Pearson executed a federal search warrant in her District, for the Yahoo E-mail account of a person referred to herein as Tennessee John Doe1. A review of the email accounts showed prolific child pornography trading between Tennessee John Doe and over 50 other email users.

5. According to evidence recovered from Tennessee John Doe's Yahoo! account, from 4/25/2013 to 7/07/2013, approximately 58 emails were exchanged between Tennessee John Doe and [Defendant Petersen1]@yahoo.com. 2  Most of the emails contained video or picture attachments depicting child pornography of very young children being sexually molested. Others contained comments about the child pornography being exchanged, or sought. The correspondence below do not contain all of the evidence, nor all of the child pornography attachments (only three are described), but exemplify the content of the email activity between the parties on those dates.

6. Three of those emails are described below, after each file name there is a short description provided by the investigator:

   a. On 05/12/2013, **Group e-mail** to **Tennessee John Doe** and **[Defendant Petersen1]@yahoo.com:**Subject: FW Baby vidsx-, attachments: 3 picture files and 3 video files

   **"Babys_new_pedo_dummy.jpg"** this picture shows a sleeping baby less than 12 months of age with an adult's penis in its mouth.

---

1 For purposes of the confidentiality and integrity of the investigations involved in this matter, specific names and other identifying factors have been replaced with generic terms, but will be made available to defense at a later date.
2 Defendant's email accounts are not identified specifically in this affidavit, but will be noted more generically to preserve the confidentiality and integrity of the ongoing investigation, and will be made available to defense at a later date.

2

"**Babys_first_taste_of_pedo_spunk.gif**" this picture shows an adult male masturbating and ejaculating in the mouth of a crying infant under 12 months of age.

"**1yo-1.mpeg**" This is a 24 second video depicting an adult male spreading open the vagina of a child under two years of age.

"**Mellisa.asf**" this is a 40 second video depicting an adult rubbing his penis on the vagina and anus of a nude girl less than three years of age. The Adult male attempts anal sex at the end of the video.

b. On 06/07/2013, Group e-mail to **Tennessee John Doe** and **[Defendant Petersen1]@yahoo.com:** Subject: FW trade, attachment: 1 video file

"**4yo_Superstar_girl.mp4**" this is a 36 second video of an adult male masturbating and ejaculating on the exposed vagina of a child three to five years of age.

c. On 06/08/2013, Group email to **[Defendant Petersen1]@yahoo.com** and **Tennessee John Doe:** Subject: FW trade, attachment: 1 video file

"**!scy.avi**" a 1 minute and 46 second video depicting an adult male forcing a 6 to 9 year old female to give him oral sex.

7. Further investigation by, SA Pearson showed that the IP address of 66.223.183.64 obtained from Yahoo! as the sole IP address that accessed the [Defendant Petersen1]@yahoo.com account 36 times between 4/25/2013 and 7/07/2013. The internet account associated with the IP address of 66.223.183.64 is registered to Tye L. Petersen at 603 Unimak Street, Petersburg, Alaska, 99833. According to information from GCI, the IP address is static, meaning that it is fixed or permanent and doesn't change

with each new log in.

8. On 10/25/13, a federal search warrant was executed on that premises, and multiple digital items were seized from the home. Among those items were ten homemade CDs located in the storage area under the home. Multiple child pornography videos and pictures were found on the CDs to include but not limited to those files listed by name and description below:

   a. **Alexanal.jpg**, a close up of an adult male's penis pressing on the anus of a nude boy 18 months to 3 years of age.

   b. **(Pthc lolifuck)4 year blowjob 2-10(2).jpg**, an adult male's penis is shown entering the mouth of a nude girl six to eight years of age.

   c. **!very hard pedo pic.jpg**, a nude adult male attempting anal penetration of a nude five to seven year old girl. The child's genitals are fully exposed and the adult's penis is pressing against the child's anus.

9. FBI SA Anthony Peterson Mirandized and interviewed the defendant, Tye Leif Petersen, on October 25, 2013. Defendant Petersen stated that he had received child pornography in his various Yahoo! E-mail accounts. Defendant Petersen provided the user name and password for his three Yahoo! E-mail accounts. Defendant Petersen signed a consent form for the FBI to access his three Yahoo! E-mail accounts, hereafter referred to as [Defendant Petersen1]@yahoo.com, [Defendant Petersen2]@yahoo.com, and [Defendant Petersen3]@yahoo.com.

4

OCT 29 2013

10. On 10/28/2013 SA Goeden accessed email account [Defendant Petersen2]@yahoo.com using the passwords provided by Petersen. Email account [Defendant Petersen2]@yahoo.com received an email from [Unknown1]@yahoo.com. The message of the email reads "i have many teen hc's. now you know tha ti will trade. send me teen hc's or videos. i prefer ass spread webcam vids." SA Goeden knows "hc" to mean hard core in reference to child pornography, meaning the visual depictions are the most serious and involve children engaged in sex acts. There was one attachment to the email titled "image(1).jpeg" and it contained a photo of an adult male penis in the mouth of a young teenage female.

11. On 10/28/2013, SA Goeden reviewed email account [Defendant Petersen3]@yahoo.com. Review of the "sent" folder of the email account, revealed an email was sent on 11/26/2007 at 9:13 pm to [unknown4]@yahoo.com. The subject of the email was "pics" and the content of the message was "u really should get hello, lots of good trading there." A single image was attached to the email titled 427956335.jpeg. The image depicted a prepubescent girl, approximately 10 years of age, laying on a bed. The female child had her legs spread and the focus of the image was of her genitals.

12. Based on the above information, I believe there is probable cause to believe Tye Leif Petersen, aka [Defendant Petersen1]@yahoo.com, [Defendant Petersen2]@yahoo.com and [Defendant Petersen3]@yahoo.com has committed the crimes of Distribution, Receipt and Possession of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1), and 2252(a)(4) and (b)(2).

5

OCT 29 2013

13. FBI SA Matthew Judy has further advised me that on information and belief, defendant Tye Leif Petersen is scheduled to depart Petersburg, Alaska today, October 29, 2013, at 11:11am on Alaska Airlines, for Seattle Washington, via Juneau, Alaska. The Alaska Airlines flight is scheduled to depart Juneau for Seattle at 1:35pm, on October 29, 2013.

SIGNATURE REDACTED

ANTHONY PETERSON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 29th day of October, 2013

/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

DEBORAH M. SMITH
United States Magistrate Judge

OCT 29 2013